**FILED**
CLERK, U.S. DISTRICT COURT

11/12/2019

CENTRAL DISTRICT OF CALIFORNIA
BY: CW DEPUTY

JS - 6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

GARY SCHERER,                                                          )        NO. CV 19-7806 FMO (AFMx)
                                                                       )
                             Plaintiff,                                )
                                                                       )
            v.                                                         )        **ORDER DISMISSING ACTION WITHOUT**
                                                                       )        **PREJUDICE**
                                                                       )
VENTURA HOLDINGS, LTD., et al.,                                        )
                                                                       )
                             Defendants.                               )
_____ )

Having been advised by counsel that the above-entitled action has been settled, IT IS

ORDERED that the above-captioned action is hereby **dismissed** without costs and without

prejudice to the right, upon good cause shown within __45 **days from the filing date of this Order,**__

to re-open the action if settlement is not consummated.  The court retains full jurisdiction over this

action  and this Order shall not prejudice any party to this action.

Dated this 12th day of November, 2019.


                                                            _____
                                                                          /s/
                                                            Fernando M. Olguin
                                                            United States District Judge